UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

IN RE:                                                             CHAPTER 13 PROCEEDING:
NORA GARCIA                                     04-21736-C-13
DEBTOR

**TRUSTEE'S MOTION TO PAY FUNDS INTO THE COURT REGISTRY**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

    COMES NOW, CINDY BOUDLOCHE, Chapter 13 Trustee in the above referenced Chapter 13 proceeding and files this Trustee's Motion to Pay Funds into the Court Registry and would respectfully show the Court the following:

    1.   Debtor filed a petition for relief under the provisions of Chapter 13 of Title 11 of the United States Code on Monday, Dec 20, 2004.

    2.   This Honorable Court has jurisdiction over this motion pursuant to the provisions contained in 28 U.S.C. Section 1334. This is a core proceeding pursuant to the definition contained in 28 U.S.C. Section 157. Venue is in this Honorable Court pursuant to 28 U.S.C. Section 1408.

    3.   Trustee has standing to file this motion pursuant to 11 U.S.C. Section 347(a).

    4.   Trustee has been unable to locate the following creditor at the address listed below.

    REPUBLIC BANK & TRUST COMPANY
    C/O ADVANCE AMERICA
    1107 US HWY 181 STE B
    PORTLAND, TX  78374-1700

    5.   As a result, funds owed to the creditor in the amount of $162.01 by the above referenced Debtor should be reserved by the Registry of the Court.

WHEREFORE, PREMISES CONSIDERED, the Chapter 13 Trustee prays this Honorable Court will grant the Trustee's Motion to Pay Funds into the Court Registry.

Respectfully Submitted: Tue, April 13, 2010

                                                                              Cindy Boudloche
                                                                              Chapter 13 Trustee
                                                                              555 N. Carancahua  Ste 600
                                                                              Corpus Christi, TX  78401-0823
                                                                              (361) 883-5786

#109

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

IN RE:  CHAPTER 13 PROCEEDING:
NORA GARCIA  04-21736-C-13
DEBTOR

### CERTIFICATE OF SERVICE

I, Cindy Boudloche, do hereby certify that on Apr 13, 2010, a copy of the foregoing Trustee's Motion to Pay Funds into the Court Registry was served electronically or by United States Mail to the parties listed below:

*Cindy Boudloche*

Cindy Boudloche, Chapter 13 Trustee

| | |
|---|---|
| NORA GARCIA | MALAISE LAW FIRM PC |
| 352 WOODLAWN | 606 N CARANCAHUA SUITE 1100 |
| SINTON, TX  78387 | CORPUS CHRISTI, TX  78476 |

REPUBLIC BANK & TRUST COMPANY
C/O ADVANCE AMERICA
1107 US HWY 181 STE B
PORTLAND, TX  78374-1700